JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>DJ'S RESTAURANT & GRILL, INC.; PEDRO LOPEZ, AS TRUSTEE OF THE LOPEZ FAMILY TRUST; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 5:23-cv-02188 RGK (KKx)<br><br>**Order and Judgment Re: Default Judgment** [23]<br><br>Date: March 4, 2024<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>Honorable Judge R. Gary Klausner |

    Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff MARIA GARCIA shall have JUDGMENT in Plaintiff's favor in the amount of $3,302.00 as fees-and-costs award against Defendants DJ'S RESTAURANT & GRILL, INC. and PEDRO LOPEZ, AS TRUSTEE OF THE LOPEZ FAMILY TRUST.

//

//

Additionally, Defendants DJ'S RESTAURANT & GRILL, INC. and PEDRO LOPEZ, AS TRUSTEE OF THE LOPEZ FAMILY TRUST, are ordered to provide an accessible entrance and parking space at the property located at or about 17116 E. Ave. O, Palmdale, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: 3/21/2024

*R. GARY KLAUSNER*
United States District Judge